**ORIGINAL**

**FILED**

04/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0146

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0146

IN RE THE MARRIAGE OF:

JENNIFER BANZET, f/k/a JENNIFER BAILEY,

Petitioner and Appellee,

and

BRIAN BAILEY,

Respondent and Appellant.

**FILED**

APR 2 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Self-represented Appellant Brian Bailey (Brian) moves this Court to waive mediation as well as to compel the production of tax returns. Through counsel, Appellee Jennifer Banzet (Jennifer) responds that she does not object to his motion to waive mediation; however, she strongly objects to his motion to compel discovery because it is improper in an appeal.

Brian states that he is unable to pay the additional expense associated with mediation, and he points to his affidavit filed in support of his motion to proceed without paying the filing fee. M. R. App. P. 7(4)(g).

Brian's motion to compel is unwarranted because discovery, or production of documents, does not occur at the appellate level of review. M. R. App. P. 1(2). Additionally, the Montana Rules of Civil Procedure apply to a district court, not this Court. M. R. Civ. P. 1. Brian should adhere to the Montana Rules of Appellate Procedure where the length, word count, and purpose of a motion exist. M. R. App. P. 16 and 26. Brian should refrain from presenting his arguments in a motion and instead, present the facts, legal issues, and arguments related to the final judgment on appeal in the briefs, filed with this Court and in accordance with the Rules. M. R. App. P. 12 and 13. Therefore,

IT IS ORDERED that:

1. Brian's Motion to Waive Mediation is GRANTED and mediation is thus WAIVED in this appeal; and

2. Brian's Motion to Compel is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to the appointed mediator, Dean D. Chisholm; to counsel of record, and to Brian Bailey along with a copy of this Court's Civil Appellate Handbook.

DATED this 20 day of April, 2023.

For the Court,

By: _____
Chief Justice